IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HECTOR GARDEA, ROBERTO
GARDEA, and GUILLERMO "WILLIE"
CASTRO, Individually and on behalf of others
similarly situated,

       Plaintiffs,

vs.                                                                  No. CIV 13-0844 JB/CG

ECLIPSE BUSINESS GROUP, INC.

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Order, filed October 31, 2013 (Doc. 13). Because the Court's Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and this matter is dismissed with prejudice.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Robert Blumenfeld
Mendel Blumenfeld, PLLC
El Paso, Texas

       *Attorneys for the Plaintiffs Hector Gardea, Roberto Gardea, and Guillermo "Willie"*
         *Castro*

Steven J. Blanco
Jessica Perez Gomez
Blanco Ordonez & Wallace, P.C.
El Paso, Texas

    *Attorneys for the Defendant Eclipse Business Group, Inc.*