IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KASSANDRA M. DEAN, RENE
GALLANDO, AUSTIN GRIER, and
KELLY SAMANTHA SQUIRES, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

vs.                                              No. CIV 13-0410 JB/WPL

ABQ MARKETING GROUP, INC., and
IMPERIAL MARKETING GROUP, INC.,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Order Approving the Parties' Settlement Agreement and Dismissal of Action With Prejudice, filed October 31, 2013 (Doc. 21), granting the Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Action With Prejudice, filed October 22, 2013 (Doc. 17). Because the Court's Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, and this matter is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Shane C. Youtz
Stephen Curtice
James A. Montalbano
Youtz & Valdez, P.C.
Albuquerque, New Mexico

> *Attorneys for Plaintiffs Kassandra M.  Dean, Rene Gallando, Austin Grier, and Kelly Samantha Squires*

Christopher M. Moody
Whitney Warner
Alice Kilborn
Moody & Warner, P.C.
Albuquerque, New Mexico

> *Attorneys for Defendant ABQ Marketing Group, Inc.*